No. 78–605. UNITED STATES ET AL. *v.* RUTHERFORD ET AL. C. A. 10th Cir. [Certiorari granted, 439 U. S. 1127.] Motion of National Health Federation for leave to file a brief as *amicus curiae* granted.

No. 78–711. SOUTHEASTERN COMMUNITY COLLEGE *v.* DAVIS. C. A. 4th Cir. [Certiorari granted, 439 U. S. 1065.] Motion of Board of Governors of the University of North Carolina for leave to file a brief as *amicus curiae* granted.

No. 78–753. GREAT AMERICAN FEDERAL SAVINGS & LOAN ASSN. ET AL. *v.* NOVOTNY. C. A. 3rd Cir. [Certiorari granted, 439 U. S. 1066.] Joint motion of the Solicitor General as *amicus curiae* and respondent for divided argument granted.

No. 78–6089. BLANTON *v.* ENGLE, CORRECTIONAL SUPERINTENDENT, ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 78–1254. EDMOND *v.* BARLOW, CHIEF JUDGE, U. S. DISTRICT COURT. Motion for leave to file petition for writ of prohibition denied.

No. 77–1625. IMAGE CARRIER CORP. ET AL. *v.* KOCH, MAYOR OF NEW YORK CITY, ET AL. C. A. 2d Cir. Motions for leave to file briefs as *amici curiae,* filed by the following, were granted: Associated Builders & Contractors, Inc., National Right to Work Legal Defense Foundation, Center on National Labor Policy, and National Association of Manufacturers. Certiorari denied.

No. 78–179. JOHNSON ET AL. *v.* RYDER TRUCK LINES, INC., ET AL. C. A. 4th Cir. Certiorari denied.